**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                        Petitioners,

          -against-

M.C.F. ASSOCIATES,
                        Respondent.
-----------------------------------------------------------X

19 **CIVIL** 7783 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 6, 2020, the petition to confirm the arbitration award is granted in the amount of $48,277.36, plus interest from the date of the arbitration award accrued at an annual rate of 7.5% until the date of judgment, in the amount of $2,212.16. Judgment is also entered in favor of the petitioners and against the respondent in the amount of $1,030.00 in attorneys' fees and $75.00 in costs. Post-judgment interest on the entire amount of the judgment will accrue from the date of this judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York
          January 6, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
                 **BY:**
                                          **Deputy Clerk**